**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Nicholas Mesh, | : |
|  | : Civil Action No.:  1:14-cv-10359-JLT |
|               Plaintiff, | : |
|     v. | : |
|  | : |
| GE Capital Retail Bank; and DOES 1-10, | : |
| inclusive, | : |
|  | : |
|               Defendant. | : |
|  | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby discontinued against GE Capital Retail Bank with prejudice and without costs to any

party. The Court shall retain jurisdiction for the sole purpose of determining whether the

settlement should be enforced upon motion of any party.

**DATED:** January 2, 2015

Nicholas Mesh                      GE Capital Retail Bank

*/s/ Sergei Lemberg*                */s/ Nellie E. Hestin*
Sergei Lemberg, Esq.              Nellie E. Hestin
BBO No.: 650671                 Reed Smith, LLP
LEMBERG LAW, LLC           225 Fifth Avenue
1100 Summer Street, 3rd Floor      Pittsburgh, Pennsylvania 15222
Stamford, CT  06905            (412) 288-3627
(203) 653-2250                  *Attorney for Defendant*
*Attorney for Plaintiff*

SO ORDERED                        June 12, 2015